| | |
|---|---|
| **U.S. Magistrate Judge: Camille D. Bibles** | **Date:** April 25, 2025 |
| **USA v. Thanh Cong Ngo** | **Case Number: 25-04155MJ-001-PCT-CDB** |

**Assistant U.S. Attorney:  Parker Stanley**
**Attorney for Defendant:  Luke Stephen Mulligan for Sarah Kosnoff Erlinder**, Assistant Federal Public Defender
**Interpreter:** N/A
**Defendant:**  ☒ **Present**  ☐ **Not Present**  ☒ **Released**  ☐ **Custody** ☐ **Summons** ☐ **Writ**

☒  **Initial Appearance:** Held

☒  Financial Affidavit taken.  Court affirms appointment of Sarah Kosnoff Erlinder on January 23, 2025.

**CHANGE OF PLEA HEARING**

☒  Plea of Guilty entered as to Citation E2057747.

☒ Court accepts Defendant's plea and finds plea to be freely and voluntarily given.

　Plea agreement:   ☐ Lodged     ☒ Filed     ☒ No Written Agreement Filed

☒ ORDER Defendant remain released pending sentence on release conditions set forth in the plea agreement and shall not commit any federal, state or local criminal offense.

**Sentence Hearing** set for Monday, June 1, 2026 at 10:30 a.m. before Magistrate Judge Camille D. Bibles at 123 N. San Francisco Street, Flagstaff, Arizona.

| | |
|---|---|
| **Recorded By** Courtsmart | **IA**    5 min |
| **Deputy Clerk** Christina Davison | **COP**  13 min |
| | **Start:  9:18 am** |
| | **Stop:   9:36 am** |