# DIVERSION AGREEMENT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

FILED ✓ / LODGED ___
RECEIVED ___ / COPY ___
APR 2 5 2025
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

IN RE      Thanh Ngo            File No. _____
         (Name of Divertee)

                    (Or, if case filed)
United States of America    Case No.  25-04155-MJ-01-PCT-CDB

v.

Thanh Ngo

The court has been advised      Thanh Ngo       has entered into a presentence
                              (Divertee/Defendant)

diversion agreement dated     April 25, 2025     with the United States Attorney=s office.  A copy of the agreement is attached to this order and is incorporated by reference.

The diversion agreement includes a condition that requires     Thanh Ngo
                                                            (Divertee/Defendant)
to make restitution in the amount of $350.00     to    the National Park Service (NPS).

(Address(es))
Department of the Interior Restoration Fund
IBC Division of Financial Management Services
Branch of Accounting Operations
ATTN: Collection Officer Mail Stop D-2770
7401 West Mansfield Ave.
Lakewood, CO 80235
(Please include the attached NPA SURPA Payment Form with payment.)

It is ORDERED that the clerk of the court accept and receive restitution payments from

Thanh Ngo            and disburse them to  The DOI Fund at the address provided to the Clerk above.
(Divertee/Defendant)

in accordance with the diversion agreement and in the manner in which restitution payments are received and disbursed for criminal judgments.

Name and Title of Judge: Camille D. Bibles, U.S. Magistrate Judge    Signature of Judge: _____

Date: 4/25/2025